UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CAZAREZ, a minor, by and through his Guardian ad Litem, Beatriz Estrada,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ALLIANCE MEDICAL CENTER; SUTTER MEDICAL CENTER OF SANTA ROSA; JEFFREY E. MECKLER, M.D.; PATRICIA E. PIERSOL, C.N.M.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: CV 13-5232 PJH<br><br>[**PROPOSED**] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND REQUEST TO TAKE THE FURTHER TELEPHONIC CASE MANAGEMENT CONFERENCE OFF CALENDAR<br><br>**FURTHER TELEPHONIC CMC:**<br><br>Date:        July 10, 2014<br>Time:       1:45 p.m.<br>Courtroom:   3 |

///

///

CV 13-5232 PJH                – 1 –

CV 13-5232 PJH

1  Plaintiff's Request to dismiss this action, including Defendants UNITED
2  STATES OF AMERICA; ALLIANCE MEDICAL CENTER; SUTTER MEDICAL
3  CENTER OF SANTA ROSA; JEFFREY E. MECKLER, M.D.; PATRICIA E.
4  PIERSOL, C.N.M.; and DOES 1 THROUGH 50, inclusive, without prejudice is
5  hereby granted.
6  Plaintiff's Request to take the Further Telephonic Case Management
7  Conference scheduled for July 10, 2014 at 1:45 p.m. is hereby granted.

DATED: July __10__, 2014



_____
Honorable Phyllis J. Hamilton
Judge, United States District Court

– 2 –

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND REQUEST TO TAKE
FURTHER TELEPHONIC CMC OFF CALENDAR

DONAHUE & HORROW, LLP